**ARMSTRONG, R.**

v.

**Cullen McClay COOPER**

**2758 EDA 2016**

Superior Court of Pennsylvania.

07/06/2017

2014–C–666 (Lehigh)

Affirmed

■

**COM.**

v.

**EDWARDS, N.**

**2760 EDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–51–CR–1006311–2003
(Philadelphia)

Affirmed

■

**IN the INTEREST OF:
K.R.B., a Minor**

**2879 EDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–51–AP–0000633–2016 (Philadelphia)

Affirmed

■

**COM.**

v.

**WILLIAMS, E.**

**3184 EDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–52–CR–0000406–2015
(Pike)

Appeal Dismissed

■

**COM.**

v.

**RYANS, A.**

**3448 EDA 2016**

Superior Court of Pennsylvania.

07/06/2017

CP–39–CR–0004832–2010 (Lehigh)

Affirmed